**Opinion filed January 9, 2020**



### In The

# Elebenth Court of Appeals

_____

## No. 11-19-00349-CV

_____

## IN THE INTEREST OF I.L. AND D.M.L., CHILDREN

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CV0712414**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss his appeal. In the motion, Appellant indicates that he wishes to withdraw his notice of appeal in this matter, and he asks this court to dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

January 9, 2020                                   PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.